**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEAN FAUSTIN VOLTAIRE,
ALIEN # A090-459-762,**

    **Petitioner,**

vs.                                            **Case No. 4:10cv126-MP/WCS**

**ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Respondents.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner filed a petition seeking a writ of habeas corpus under § 2241 on April 7, 2010. Doc. 1. Petitioner alleged that he is a native of the Bahamas and claims that Respondents are unable to effect his removal, yet refuse to release him. *Id.* Petitioner does not challenge the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

I entered an order directing service on May 4, 2010, doc. 5, and Respondents have promptly filed a motion to dismiss on June 4, 2010. Doc. 13. The motion to dismiss states that Petitioner was released from the custody of Immigration and

Customs Enforcement (ICE) on May 13, 2010, "since the government of Bahamas declined to issue Petitioner travel documents." *Id.*, at 2; *see* exhibit 1. Therefore, because Petitioner has essentially been afforded the relief he sought (release from detention), this § 2241 petition should now be dismissed as moot.

Respondent's motion to dismiss, doc. 13, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address" which was the Wakulla County Jail, and to Petitioner as his "forwarding address" in Bradenton, Florida. Doc. 13, p. 4. The Clerk of Court will be directed to forward this report and recommendation to Petitioner at both addresses as well.

It is noted that when service was directed in early May, Petitioner was ordered to "immediately file a notice of change of address with this Court should he be released from custody . . . ." Doc. 5, p. 3. Petitioner's failure to do so in the month since his release suggests that Petitioner has abandoned this litigation.

Accordingly, it is

**ORDERED**:

1. The Clerk of Court shall send a copy of this report and recommendation to Petitioner at his address of record as indicated on the docket as well as to his forward address as listed in the Respondents' motion to dismiss. Doc. 13, p. 4.

2. Should Petitioner contest dismissal of this § 2241 petition, he must file objections to this report and recommendation by the deadline provided below.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondent, and Petitioner's failure to notify the Court of his release, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Jean Faustin Voltaire, # A090-459-762, be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on June 4, 2010.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**