IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN FAUSTIN VOLTAIRE,

    Petitioner,

v.                                      CASE NO. 4:10-cv-00126-MP-WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER,
JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that the petition in this case be dismissed. No objections have been filed, and the Report and Recommendation was returned as undeliverable because Petitioner has been released and did not provide an updated address. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Petition in this case is dismissed as moot and for failure to prosecute.

**DONE AND ORDERED** this _15th_ day of March, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge